# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**EDWARD FISHER,**

    **Plaintiff,**

**vs.**                                         **Case No. 5:05cv177-RH/WCS**

**JO ANN B. BARNHART,**
**Commissioner of the Social**
**Security Administration,**

    **Defendant.**
**_____/**

## O R D E R

This cause is before the Court upon the Defendant's motion, filed prior to answer, to remand for further administrative proceedings. Doc. 8. The motion is unopposed. Remand may occur pursuant to either sentence four or sentence six of 42 U.S.C. § 405(g). Melkonyan v. Sullivan, 501 U.S. 89, 111 S.Ct. 2157, 115 L.Ed.2d 78 (1991). Defendant requests a remand pursuant to sentence six of 42 U.S.C. § 405(g). A sentence six remand can occur on the motion of the Secretary before an answer is filed for good cause, or, alternatively, upon a showing that there is new material evidence and good cause for the failure to incorporate such evidence into the record.

Good cause having been shown, it is **ORDERED** that:

1.  Defendant's motion, doc. 8,  is **GRANTED**.

2.  The cause is **REMANDED** pursuant to sentence six of 42 U.S.C. § 405(g) to the Commissioner for further administrative proceedings.

3.  The court retains jurisdiction of this case during the period of remand.

4.  The Plaintiff shall report the status of this remand by February 28, 2006.

**DONE AND ORDERED** on November 17, 2005.

 S/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**