IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**EDWARD FISHER,**

 **Plaintiff,**

**vs.**              **Case No. 5:05cv177-RH/WCS**

**JO ANN B. BARNHART,
Commissioner of the Social
Security Administration,**

 **Defendant.**
_____/

## O R D E R

  This cause is before the Court upon the Defendant's status report, doc. 12, which advises that the remand of this case to the Appeals Council was to correct a minor problem with the record which has now been corrected.  The Defendant has now filed an Answer, doc. 10, and it is time for the parties to file memoranda in support of their respective positions.  Plaintiff has the burden to demonstrate that Defendant's decision to deny benefits was incorrect.  Thus, Plaintiff has the burden to file the first memorandum.  Failure of Plaintiff to file a memorandum specifically addressing the claimed error as instructed by this order will be deemed to be a failure to prosecute and will result in a recommendation that this case be dismissed for that reason.

Accordingly, it is **ORDERED** that:

1. Plaintiff shall have until **April 17, 2006**, to file a memorandum in support of the complaint. The memorandum shall set forth Plaintiff's legal contentions and shall cite the record by page number for every factual contention.

2. Defendant shall have 30 days from receipt of Plaintiff's memorandum in which to file a response and shall cite the record by page number for every factual contention.

3. Neither memorandum shall exceed 35 pages without a showing of good cause and approval by the court; the page limit of Local Rule 7.1 is so modified.

4. The Clerk of Court is directed to return this file to the undersigned on or before **May 22, 2006.**

**DONE AND ORDERED** on February 15, 2006.

   S/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**