IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**EDWARD FISHER,**

    **Plaintiff,**

**vs.**                                     **Case No. 5:05cv177-RH/WCS**

**JO ANNE B. BARNHART,**
**Commissioner of Social Security,**

    **Defendant.**
_____/

## REPORT AND RECOMMENDATION

Pending is Plaintiff's Petition for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"). Doc. 18. Plaintiff seeks attorney fees pursuant to the EAJA, 28 U.S.C. § 2412(d) in the amount of $947.50 representing 5.9 hours at an hourly rate of $125.00 per hour ($737.50) for attorney fees and 4.2 hours at the rate of $50.00 per hour ($210.00) for paralegal fees. Defendant has filed a response to the application advising the court that they have no objection to the amount requested by Plaintiff. Doc. 19.

In light of the above, it is **RECOMMENDED** that:

Plaintiff's petition for attorney's fees, doc. 18, be **GRANTED** and the court order that the Secretary certify and pay to Plaintiff $947.50 as a reasonable fee.

**IN CHAMBERS** at Tallahassee, Florida, on April 24, 2006.


   s/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may serve and file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**