# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

EDWARD FISHER,

    Plaintiff,

v.                                   CASE NO. 5:05cv177-RH/WCS

JO ANNE B. BARNHART,

    Defendant.

_____/

## ORDER AWARDING ATTORNEY'S FEES

This matter is before the court on the magistrate judge's report and recommendation (document 20), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. Claimant's application for attorney's fees is GRANTED. The Secretary shall pay to David E. Evans the sum of $947.50 as attorney's fees.

SO ORDERED this 5th day of June, 2006.

                                    s/Robert L. Hinkle
                                    Chief United States District Judge